JUSTIN M. PENN (SBN 302350)
ADAM B. RUCKER (SBN 309516)
arucker@hinshawlaw.com
jpenn@hinshawlawl.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone:  213-680-2800
Facsimile:  213-614-7399

Attorney for Defendant
Dentsply Sirona, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYOO DENTAL, INC. d/b/a RYOO DENTAL, individually and on behalf of all others similarly situation, <br><br> Plaintiff, <br><br> vs. <br><br> DENTSPLY SIRONA, INC. d/b/a DENTSPLY MAILLEFER and ENDOCO INC. d/b/a ULTIMATE DENTAL <br><br> Defendants. | Case No. 8:17-cv-01932-DOC-DFM <br><br> Honorable David O. Carter <br><br> **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT DENTSPLY SIRONA, INC. DBA DENTSPLY MAILLEFER TO RESPOND TO PLAINTIFF'S COMPLAINT BY NOT MORE THAN 30 DAYS** <br><br> Due Date:  December 8, 2017 <br> Stipulated Date:  December 22, 2017 <br><br> Complaint Filed:  11/1/17 |

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

SLC-8441112-1

300758304v1 1702

# **STIPULATION**

Pursuant to Rule 8-3 of the Local Rules of Practice for the United States District Court for the Central District of California, Plaintiff Ryoo Dental, Inc. ("Plaintiff") and Defendant Dentsply Sirona, Inc. d/b/a Dentsply Maillefer ("Dentsply"), by and through their respective counsel of record, hereby stipulate to extend the time within which Dentsply may answer or otherwise respond to the Complaint filed by Plaintiff on November 1, 2017.

Dentsply's agent for service of process was personally served with a copy of the Summons and Complaint in this action on November 17, 2017.  Dentsply's initial responsive pleading is due on December 8, 2017.  Dentsply's counsel has requested to extend the initial responsive pleading deadline by not more than 30 days so as to allow the parties' sufficient time to meet and confer regarding Dentsply's responsive pleading(s).  Dentsply has not requested any prior continuances of the initial responsive pleading deadline.

The parties, by and through their respective counsel of record, hereby stipulate that Dentsply shall have additional time from the initial response date in which to answer or otherwise respond to the Complaint, such that a responsive pleading filed on or before December 22, 2017 shall be deemed timely.

Pursuant to this Court's Civil Local Rule 8-3, because the requested extension is not more than 30 days, this stipulation "need not be approved by the judge," but shall be filed with the Clerk.

1

SLC-8441112-1

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

300758304v1 1702

1 | **IT IS SO STIPULATED** and respectfully submitted.

3 | DATED: November 20, 2017  HINSHAW & CULBERTSON LLP

By: */s/Justin M. Penn*
JUSTIN M. PENN
Attorney for Defendant
Dentsply Sirona, Inc.

8 | DATED: November 20, 2017  MARLIN & SALTZMAN, LLP

By: */s/Adam M. Tamburelli*
ADAM M. TAMBURELLI
Attorneys for Plaintiff
Ryoo Dental

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, Misty A. Murray hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.*

2

SLC-8441112-1