1  Rachel A. Straus (SBN 268836)
   rstraus@sidley.com
2  SIDLEY AUSTIN LLP
   555 West Fifth Street
3  Los Angeles, CA 90013
   Tel. (213) 896-6000
4  Fax: (213) 896-6600

5  Kathleen Carlson (*pro hac vice* application
   to be submitted)
6  Kathleen.carlson@sidley.com
   SIDLEY AUSTIN LLP
7  One South Dearborn
   Chicago, IL 60603
8  Tel. (312) 853-7000
   Fax: (312) 853-7036

9
   Attorneys for Defendant
10 ENDOCO, INC.

11
                    UNITED STATES DISTRICT COURT
12
                   CENTRAL DISTRICT OF CALIFORNIA
13
                 SOUTHERN DIVISION AT SANTA ANA
14

| | |
|---|---|
| RYOO DENTAL, INC. d/b/a RYOO DENTAL, individually and on behalf of all others similarly situated,, <br><br>  Plaintiff, <br><br>  vs. <br><br> DENTSPLY SIRONA, INC. d/b/a DENTSPLY MAILLEFER and ENDOCO INC. d/b/a/ ULTIMATE DENTAL, <br><br>  Defendants. | Case No. 8:17-CV-01932-DOC-DFM <br><br> **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT ENDOCO, INC. DBA ULTIMATE DENTAL TO RESPOND TO PLAINTIFF'S COMPLAINT BY NOT MORE THAN 30 DAYS PURSUANT TO L.R. 8-3** <br><br> Due Date: December 11, 2017 <br> Stipulated Date: January 10, 2018 <br><br> Complaint Filed: November 1, 2017 |

226855430v.2

DEFENDANT ENDOCO, INC.'S STIPULATION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S COMPLAINT BY NOT MORE THAN 30 DAYS

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff Ryoo Dental, Inc. d/b/a Ryoo Dental ("Plaintiff") and Defendant Endoco, Inc. d/b/a Ultimate Dental ("Endoco"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on November 1, 2017, Plaintiff filed its complaint ("Complaint") in the above-captioned action;

WHEREAS, the Complaint was served on Endoco on November 20, 2017;

WHEREAS, pursuant to Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure, Endoco is required to appear and respond to the Complaint by December 11, 2017;

WHEREAS, Local Rule 8-3 of the United States District Court, Central District of California provides that the Parties may stipulate, without leave of court, to a 30-day extension beyond the date the response initially would have been due;

WHEREAS, Plaintiff has agreed to extend Endoco's time to respond to the Complaint to January 10, 2018, which is 30 days from December 11, 2017, when Endoco's response initially would have been due.

**IT IS SO STIPULATED** and respectfully submitted.

DATED: November 29, 2017        SIDLEY AUSTIN LLP

By: */s/ Rachel A. Straus*
    RACHEL A. STRAUS
    Attorney for Defendant Endoco, Inc.

DATED: November 29, 2017        MARLIN & SALTZMAN, LLP

By: */s/ Adam M. Tamburelli*
    ADAM M. TAMBURELLI
    Attorney for Plaintiff Ryoo Dental

1  Per L.R. 5-4.3.4(a)(2)(i), the other signatory listed concurs in this filing's content and
2  has authorized this filing.

                                          By: /s/ *Rachel A. Straus*
                                                Rachel A. Straus

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

226855430v.2

3
DEFENDANT ENDOCO, INC.'S STIPULATION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S COMPLAINT BY NOT MORE THAN 30 DAYS