JUSTIN M. PENN (SBN 302350)
ADAM B. RUCKER (SBN 309516)
arucker@hinshawlaw.com
jpenn@hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 W. 5th Street, 47th Floor
Los Angeles, CA 90071
Telephone:  213-680-2800
Facsimile:  213-614-7399

James F. Monafo *Pro Hac Vice*
Matthew D. Knepper *Pro Hac Vice*
Jim.monafo@huschblakwell.com
Matt.knepper@huschblackwell.com
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Telephone:  314-480-1500
Facsimile:  314-480-1505

Attorney for Defendant
Dentsply Sirona, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYOO DENTAL, INC. d/b/a RYOO DENTAL, individually and on behalf of all others similarly situation,<br><br>Plaintiff,<br><br>vs.<br><br>DENTSPLY SIRONA, INC. d/b/a DENTSPLY MAILLEFER and ENDOCO INC. d/b/a ULTIMATE DENTAL<br><br>Defendants. | Case No. 8:17-cv-01932-DOC-DFM<br><br>Honorable David O. Carter<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT DENTSPLY SIRONA INC. TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Due Date:  December 22, 2017<br>Stipulated Date:  January 8, 2018<br><br>Complaint Filed:  11/1/17 |

## **STIPULATION**

Pursuant to Rule 8-3 of the Local Rules of Practice for the United States District Court for the Central District of California, Plaintiff Ryoo Dental, Inc. ("Plaintiff") and Defendant Dentsply Sirona, Inc. ("Dentsply"), by and through their respective counsel of record, hereby stipulate to extend the time within which Dentsply may answer or otherwise respond to the Complaint filed by Plaintiff on November 1, 2017.

Dentsply's agent for service of process was personally served with a copy of the Summons and Complaint in this action on November 17, 2017. Dentsply's initial responsive pleading was originally due on December 8, 2017, but by a previously filed stipulation (Doc. # 10) is currently due on December 22, 2017. Dentsply and Plaintiff now additionally stipulate to further extend the response deadline until January 8, 2018, which under the applicable calculation rules, does not exceed 30 days to answer or otherwise respond to the initial responsive pleading deadline.[1]

The parties, by and through their respective counsel of record, hereby stipulate that Dentsply shall have additional time from the previously stipulated response date in which to answer or otherwise respond to the Complaint, such that a responsive pleading filed on or before January 8, 2018 shall be deemed timely.

Pursuant to this Court's Civil Local Rule 8-3, because the requested extension is not more than 30 days, this stipulation "need not be approved by the judge," but shall be filed with the Clerk.

---

[1] 30 days from December 8, 2017, is actually January 7, 2018, a Sunday. Pursuant to Fed. R. Civ. P. 6(a)(C), "the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday," which is, in this case, January 8, 2018.

1 | **IT IS SO STIPULATED** and respectfully submitted.

2 | DATED:   December 5, 2017           By:   HUSCH BLACKWELL LLP

3

4 | */s/Matthew D. Knepper*

5 | MATTHEW D. KNEPPER
Attorney for Defendant
Dentsply Sirona, Inc.

6

7

8

9

10 | DATED:   December 5, 2017           SCHULTZ & ASSOCIATES LLP

11 | By:   */s/ Ronald J. Eisenberg*

12 | RONALD J. EISENBERG
Attorneys for Plaintiff
Ryoo Dental

13

14

15 | *Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, Christine Herrmann hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.*

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2017, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing has been sent to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/Matthew D. Knepper*