**MARLIN & SALTZMAN, LLP**
Stanley D. Saltzman (SBN 90058)
Adam M. Tamburelli (SBN 301902)
29800 Agoura Road, Suite 210
Agoura Hills, California 91301
Telephone: (818) 991-8080
Facsimile: (818) 991-8081
ssaltzman@marlinsaltzman.com
atamburelli@marlinsaltzman.com

Attorneys for Plaintiff
RYOO DENTAL, INC.

| | |
|---|---|
| **SIDLEY AUSTIN LLP**<br>Kathleen Carlson *Pro Hac Vice*<br>Kathleen.carlson@sidley.com<br>One South Dearborn<br>Chicago, IL 60603<br>Tel: (312) 853-7000<br><br>Attorneys for Defendant<br>ENDOCO, INC. | **HUSCH BLACKWELL LLP**<br>Matthew D. Knepper *Pro Hac Vice*<br>Matt.Knepper@husblackwell.com<br>190 Carondelet Plaza, Suite 600<br>St. Louis, MO 63105<br>Tel: (314) 480-1500<br><br>Attorneys for Defendant<br>DENTSPLY SIRONA, INC. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYOO DENTAL, INC. d/b/a RYOO DENTAL, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>DENTSPLY SIRONA, INC. d/b/a DENTSPLY MAILLEFER and ENDOCO INC. d/b/a ULTIMATE DENTAL,<br><br>                    Defendants. | Case No. 8:17-CV-01932-DOC-DFM<br><br>Honorable David O. Carter<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION FOR RELIEF FROM LOCAL RULE 23-3** |

1
Stipulation re Rule 23-3

COME NOW THE PARTIES to this action and agree and stipulate as follows:

WHEREAS this case is a proposed class action;

WHEREAS the complaint was filed in this Court on November 1, 2017;

WHEREAS, Defendant Dentsply Sirona, Inc. d/b/a Dentsply Maillefer was served with the complaint on November 17, 2017;

WHEREAS, Defendant Endoco Inc. d/b/a Ultimate Dental was served with the complaint on November 20, 2017;

WHEREAS, Local Rule 23-3 provides as follows:

> Within 90 days after service of a pleading purporting to commence a class action … the proponent of the class shall file a motion for certification that the action is maintainable as a class action, unless otherwise ordered by the Court.

WHEREAS, Plaintiff has propounded discovery on both Defendants, but Defendants' time to respond to such discovery has not yet run;

WHEREAS, Plaintiff believes that additional discovery is necessary before it can file a motion for class certification;

WHEREAS, Defendants do not agree that additional discovery is necessary, but do not object to Plaintiff's request for an extension of time to file a motion for class certification;

IT IS HEREBY STIPULATED BY THE PARTIES:

1. Subject to the Court's approval of this stipulation and Order thereon, the Plaintiff's motion for class certification will not need to be filed by the date specified by Local Rule 23-3; and

2. The Court and the parties will defer scheduling of Plaintiff's motion for class certification until the Initial Scheduling Conference to be held in this matter on March 26, 2018 at 8:30 a.m.

**IT IS SO STIPULATED.**

Dated: February 16, 2018     **MARLIN & SALTZMAN, LLP**

By:     /s/ Adam M. Tamburelli
**MARLIN & SALTZMAN, LLP**
Stanley D. Saltzman (SBN 90058)
Adam M. Tamburelli (SBN 301902)
29800 Agoura Road, Suite 210
Agoura Hills, California 91301
Telephone: (818) 991-8080
Facsimile: (818) 991-8081
ssaltzman@marlinsaltzman.com
atamburelli@marlinsaltzman.com

**SCHULTZ & ASSOCIATES LLP**
Ronald J. Eisenberg *Pro Hac Vice*
640 Cepi Drive, Suite A
Chesterfield, Missouri 63005
Telephone: (636) 537-4645
Facsimile: (636) 537-2599
reisenberg@sl-lawyers.com

Attorneys for Plaintiff RYOO DENTAL, INC.

Dated: February 16, 2018     **HUSCH BLACKWELL LLP**

By:     /s/ Matthew D. Kepper
JUSTIN M. PENN (SBN 302350)
ADAM B. RUCKER (SBN 309516)
arucker@hinshawlaw.com
jpenn@hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 W. 5th Street, 47th Floor
Los Angeles, CA 90071

**HUSCH BLACKWELL LLP**
James M. Monafo *Pro Hac Vice*
Matthew D. Knepper *Pro Hac Vice*
Jim.Monafo@huschblackwell.com
Matt.Knepper@husblackwell.com
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Tel: (314) 480-1500

Attorneys for Defendant DENTSPLY SIRONA, INC.

Dated: February 16, 2018  **SIDLEY AUSTIN LLP**

By:   /s/ Kathleen Carlson
Rachel A. Straus (SBN 268836)
rstraus@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Tel: (213) 896-6000

Kathleen Carlson *Pro Hac Vice*
Kathleen.carlson@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000

Attorneys for Defendant ENDOCO, INC.

Per L.R. 5-4.3.4(a)(2)(i), the other signatories listed concur in this filing's content and have authorized this filing.

By:   /s/ Adam M. Tamburelli
Adam M. Tamburelli

Case No   8:17-cv-01932-DOC-DFM   .
Stipulation re Rule 23-3