1 | **MARLIN & SALTZMAN, LLP**
2 | Stanley D. Saltzman (SBN 90058)
  | Adam M. Tamburelli (SBN 301902)
3 | 29800 Agoura Road, Suite 210
  | Agoura Hills, California 91301
4 | Telephone: (818) 991-8080
  | Facsimile: (818) 991-8081
5 | ssaltzman@marlinsaltzman.com
  | atamburelli@marlinsaltzman.com
6
  | Attorneys for Plaintiff
7 | RYOO DENTAL, INC.

8 | **SIDLEY AUSTIN LLP**                          **HUSCH BLACKWELL LLP**
  | Kathleen Carlson *Pro Hac Vice*                Matthew D. Knepper *Pro Hac Vice*
9 | Kathleen.carlson@sidley.com                    Matt.Knepper@husblackwell.com
  | One South Dearborn                             190 Carondelet Plaza, Suite 600
10| Chicago, IL 60603                              St. Louis, MO 63105
  | Tel: (312) 853-7000                            Tel: (314) 480-1500
11
  | Attorneys for Defendant                        Attorneys for Defendant DENTSPLY
12| ENDOCO, INC.                                   SIRONA, INC.

13

14
## UNITED STATES DISTRICT COURT
15
## CENTRAL DISTRICT OF CALIFORNIA
16

| | |
|---|---|
| RYOO DENTAL, INC. d/b/a RYOO DENTAL, individually and on behalf of all others similarly situated, | Case No. 8:17-CV-01932-DOC-DFM |
| | Honorable David O. Carter |
| Plaintiff, | |
| v. | **JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY ALL PENDING DEADLINES** |
| DENTSPLY SIRONA, INC. d/b/a DENTSPLY MAILLEFER and ENDOCO INC. d/b/a ULTIMATE DENTAL, | |
| Defendants. | |

1

Plaintiff Ryoo Dental, Inc., and Defendants Dentsply Sirona, Inc., and Endoco Inc. (collectively, the "Parties"), by and through their counsel of record, hereby jointly give notice to the Court that the Parties have reached a settlement in this matter.

The Parties jointly request that all pending deadlines in the case be stayed, and that the parties be allowed thirty (30) days to finalize the settlement documents and to file a dismissal.

Dated: May 2, 2018        **MARLIN & SALTZMAN, LLP**

By:   /s/ Adam M. Tamburelli
**MARLIN & SALTZMAN, LLP**
Stanley D. Saltzman (SBN 90058)
Adam M. Tamburelli (SBN 301902)
29800 Agoura Road, Suite 210
Agoura Hills, California 91301
Telephone: (818) 991-8080
Facsimile: (818) 991-8081
ssaltzman@marlinsaltzman.com
atamburelli@marlinsaltzman.com

**SCHULTZ & ASSOCIATES LLP**
Ronald J. Eisenberg *Pro Hac Vice*
640 Cepi Drive, Suite A
Chesterfield, Missouri 63005
Telephone: (636) 537-4645
Facsimile: (636) 537-2599
reisenberg@sl-lawyers.com

Attorneys for Plaintiff RYOO DENTAL, INC.

| | | |
|---|---|---|
| 1 | Dated: May 2, 2018 | **HUSCH BLACKWELL LLP** |
| 2 | | |
| 3 | | By:   /s/  *Matthew D. Knepper* |
| | | JUSTIN M. PENN (SBN 302350) |
| 4 | | arucker@hinshawlaw.com |
| | | jpenn@hinshawlaw.com |
| 5 | | HINSHAW & CULBERTSON LLP |
| | | 633 W. 5th Street, 47th Floor |
| 6 | | Los Angeles, CA 90071 |
| 7 | | **HUSCH BLACKWELL LLP** |
| | | James M. Monafo *Pro Hac Vice* |
| 8 | | Matthew D. Knepper *Pro Hac Vice* |
| | | Jim.Monafo@huschblackwell.com |
| 9 | | Matt.Knepper@husblackwell.com |
| | | 190 Carondelet Plaza, Suite 600 |
| 10 | | St. Louis, MO 63105 |
| | | Tel: (314) 480-1500 |
| 11 | | Attorneys for Defendant DENTSPLY SIRONA, INC. |
| 12 | | |
| 13 | Dated: May 2, 2018 | **SIDLEY AUSTIN LLP** |
| 14 | | |
| 15 | | By: /s/ Kathleen Carlson |
| | | Rachel A. Straus (SBN 268836) |
| 16 | | rstraus@sidley.com |
| | | SIDLEY AUSTIN LLP |
| 17 | | 555 West Fifth Street |
| | | Los Angeles, CA 90013 |
| 18 | | Tel: (213) 896-6000 |
| 19 | | Kathleen Carlson *Pro Hac Vice* |
| | | Kathleen.carlson@sidley.com |
| 20 | | SIDLEY AUSTIN LLP |
| | | One South Dearborn |
| 21 | | Chicago, IL 60603 |
| | | Tel: (312) 853-7000 |
| 22 | | |
| 23 | | Attorneys for Defendant ENDOCO, INC. |

Per L.R. 5-4.3.4(a)(2)(i), the other signatories listed concur in this filing's content and have authorized this filing.

                                              By:   /s/ Adam M. Tamburelli
                                                          Adam M. Tamburelli