JS-6

**MARLIN & SALTZMAN, LLP**
Stanley D. Saltzman (SBN 90058)
Adam M. Tamburelli (SBN 301902)
29800 Agoura Road, Suite 210
Agoura Hills, California 91301
Telephone: (818) 991-8080
Facsimile: (818) 991-8081
ssaltzman@marlinsaltzman.com
atamburelli@marlinsaltzman.com

Attorneys for Plaintiff
RYOO DENTAL, INC.

| | |
|---|---|
| **SIDLEY AUSTIN LLP**<br>Kathleen Carlson *Pro Hac Vice*<br>Kathleen.carlson@sidley.com<br>One South Dearborn<br>Chicago, IL 60603<br>Tel: (312) 853-7000<br><br>Attorneys for Defendant<br>ENDOCO, INC. | **HUSCH BLACKWELL LLP**<br>Matthew D. Knepper *Pro Hac Vice*<br>Matt.Knepper@husblackwell.com<br>190 Carondelet Plaza, Suite 600<br>St. Louis, MO 63105<br>Tel: (314) 480-1500<br><br>Attorneys for Defendant DENTSPLY<br>SIRONA, INC. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYOO DENTAL, INC. d/b/a RYOO DENTAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DENTSPLY SIRONA, INC. d/b/a DENTSPLY MAILLEFER and ENDOCO INC. d/b/a ULTIMATE DENTAL,<br><br>Defendants. | Case No. 8:17-CV-01932-DOC-DFM<br><br>Honorable David O. Carter<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND CLASS CLAIMS WITHOUT PREJUDICE [54]** |

## **ORDER**

THE COURT, having received and considered the Joint Stipulation for Dismissal of Plaintiff's Individual Claims with Prejudice and Class Claims Without Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED,

1. Plaintiff's individual claims are dismissed with prejudice;
2. The claims of the putative class members are dismissed without prejudice; and
2. The Parties shall bear their own costs and fees incurred herein.

IT IS SO ORDERED:

DATE:  June 25, 2018           *David O. Carter*
                               HON. DAVID O. CARTER
                               UNITED STATES DISTRICT JUDGE

---

1
ORDER GRANTING JOINT STIPULATION FOR DISMISSAL